

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JASON WALKER, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 2:17-CV-221-Z-BR |
| JASON CLARK, et al., | § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS AND PARTIALLY DISMISSING PLAINTIFF'S COMPLAINT

On February 25, 2019, the United States Magistrate Judge entered findings and conclusions to partially dismiss Plaintiff's complaint. The Magistrate Judge RECOMMENDS that several Defendants be DISMISSED from this lawsuit. Plaintiff filed objections to the findings, conclusions, and recommendation on March 18, 2019. After making an independent review of the pleadings, files, and records in this case, the findings, conclusions, and recommendation of the Magistrate Judge, and Plaintiff's objections, the Court concludes that the findings and conclusions are correct. It is therefore ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED.

Plaintiff's claims against Defendants Jason Clark, Joshua Carrillo, Terry Raines, Damon Andrews, the unidentified Disciplinary Case #20170133974 Grading Officer, Amanda Jones, Veronica Ramirez, the unidentified Unit Grievance Department Employees, Warden NFN Foley, Genetta Glenn, the unidentified Mailroom Employees (John Doe #1 and John Doe #2), Dwayne Grantham, Timothy King, Denise DeShields, Tammy Williams, Maria Carrizales, Darrell Nash, Leroy Cano, Ric Volgelgesang, Sonya Young, Rodney Asberry, the unidentified Clements Unit

and TDCJ Administrative and Classification Employees (John Doe #1-5), Brian Collier, and the unidentified Clements Unit Medical Staff are DISMISSED as set for in the findings, conclusions and recommendation of the Magistrate Judge.

Plaintiff's claims against Defendants Mallory C. Miller and Cora Stewart remain pending.

SIGNED November 1, 2019.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE